UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 18 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

R. ALEXANDER ACOSTA, Secretary of )
Labor, United States Department of Labor, )
)
        Plaintiff, )
) Civil Action No.: 4:18-CV-69-JM
v. )
)
MACUILS TIRE AND SERVICE )
CENTER, LLC and SERGIO MACUIL, )
SENIOR )
)
        Defendant. )

## JUDGMENT BY DEFAULT

Plaintiff's Motion for Judgment by Default came on for consideration.

The Defendants Macuils Tire Service Center and Sergio Macuil, Senior were properly served with a copy of the summons and complaint. The Defendants Macuils Tire Service Center and Sergio Macuil, Senior have not answered, appeared or raised any defenses to the allegations in the complaint

The Defendants, Macuils Tire Service Center and Sergio Macuil, Senior are withholding $38,324.16 in unpaid overtime compensation due to its employees, and the employees are due $38,324.16 in liquidated damages. It is therefore:

ORDERED, ADJUDGED and DECREED that Defendants, Macuils Tire Service Center and Sergio Macuil, Senior, their officers, agents, servants, employees and all persons in active concert or participation with them be and they hereby are permanently enjoined and restrained from violating the provisions of Sections 7, 11(c), 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. Section 201, et seq., hereinafter referred to as the Act, in any of the following manners:

Defendants Macuils Tire Service Center and Sergio Macuil, Senior shall not, contrary to

Sections 7 and 15(a)(2) of the Act, 29 U.S.C. Section 207 and 215(a)(2) employ any employee in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty (40) hours, unless the employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed.

It is further ORDERED, ADJUDGED and DECREED that Defendants Macuils Tire Service Center and Sergio Macuil, Senior, pursuant to Section 16(c) of the Act, are liable for unpaid overtime compensation to Defendant's employees in the amount $38,324.16 for the period from May 19, 2014 through May 18, 2017, and for liquidated damages equal in the amount of unpaid compensation found due Defendant's employees identified in Exhibit "A" (attached), in the amount of $38,324.16 (for a combined total of $76,648.32).

To comply with this provision of this judgment, Defendants Macuils Tire Service Center and Sergio Macuil, Senior, within 60 days from entry of this judgment, shall deliver to Plaintiff a cashier's or certified check payable to "Employment Standards Administration - Labor" in the total amount of $76,648.32, the proceeds of which check the Plaintiff shall distribute to Defendants' employees identified in Exhibit "A" (attached). Defendants shall remain liable for the employers' portion of any applicable income tax. Any net sums which within 3 (three) years after the payment pursuant to this judgment have not been distributed to such employees, or to their estate if necessary, because of Plaintiff's inability to locate the proper persons, or because of their refusal to accept such sums, shall be deposited with the Treasurer of the United States.

It is further **ORDERED, ADJUDGED, and DECREED** that the right of any and all of Defendant's employees not specifically named in Exhibit "A" attached hereto to bring an action

2

under Section 16(b) of the Fair Labor Standards Act 29 U.S.C. Section 216(b), shall be restored and that neither the filing of this action nor the entry of this judgment shall be a bar to such action and that the statute of limitations in such action shall be deemed tolled during the pendency of this action.

It is further **ORDERED, ADJUDGED, and DECREED** that the instant action is deemed to cover the period from May 19, 2014 through May 18, 2017. The parties therefore agree that the filing of this complaint and judgment shall not be interpreted so as to prejudice or preclude the legal rights of the Secretary of Labor or of any employees of Defendants Macuils Tire Service Center and Sergio Macuil, Senior in any action arising under the Act covering violations alleged to have occurred after May 18, 2017.

It is further **ORDERED, ADJUDGED, and DECREED** that the costs of this action be, and the same hereby are, taxed against Defendants Macuils Tire Service Center and Sergio Macuil, Senior for which execution may issue.

Dated this 18 day of JULY, 2018.

_____
Honorable James M. Moody Jr.
United States Chief District Court Judge

3

EXHIBIT A

Agustimiano, Benjamin
Arriaga, Jessie
Garza, Luis
Gutierrez, Juan
Leyva, Emmanuel
Milla, Jose
Munoz, Pedro
Parra, Cinthia
Ruiz, Julio
Shinn, Heather
Valenzuela, Alberto
Villegas, Aurelio