IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 4:18-CV-69-JM |
| MACUIL'S TIRE & SERVICE CENTER; MACUIL'S TIRE & SERVICE CENTER dba RICHY'S TIRE SHOP; SERGIO MACUIL, SR., Individually; and SERGIO MACUIL, JR., Individually, | ) ) ) ) ) ) |
| Respondents. | ) |

## ORDER OF CONTEMPT

Upon consideration of the Petition for Contempt Adjudication, docket # 11, filed herein by the Secretary of Labor, United States Department of Labor, in which it is averred that Respondents have violated the terms of a Default Judgment entered by the Court pursuant to Section 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 217 ("FLSA" or the "Act"), and after hearing the evidence presented by the parties on May 30 and 31, 2019, the Court orders the following:

**IT IS HEREBY ORDERED** that Respondents Sergio Macuil, Sr. and Macuil's Tire & Service Center are found in contempt for their failure to pay the $76,648.32 in back wages and liquidated damages that was ordered to be paid within 60 days of the Default Judgment that was entered on July 18, 2018. Per the Default Judgement, Respondents were to have paid this amount by September 18, 2018, but failed to do so. They have presented no evidence to excuse their failure to comply with the terms of the Default Judgment. Accordingly, Respondents Sergio Macuil, Sr. and Macuil's Tire & Service Center are found in contempt for their failure to pay the

$76,648.32 in back wages and liquidated damages due in the Default Judgment.

It is **FURTHER ORDERED** that Respondents Sergio Macuil, Sr., Macuil's Tire & Service Center, and Macuil's Tire & Service Center dba Richy's Tire Shop are also found in contempt for the continued FLSA violations that occurred from May 19, 2018 through September 24, 2018.  During this time period, continued FLSA overtime and record keeping violations were committed by Respondents and such continued violations were in violation of the Court's injunction in the Default Judgment against future violations.  The Court declines to hold Sergio Macuil, Jr. in contempt for the continued violations, but has reminded Sergio Macuil, Jr. as to his potential liability for any additional FLSA violations going forward.  As a result of the continued violations, Respondents Sergio Macuil, Sr., Macuil's Tire & Service Center, and Macuil's Tire & Service Center dba Richy's Tire Shop are ordered to pay the amount of $22,085.40 in back wages for the continued violations.  The Court also declines to impose liquidated damages for the continued violations.

It is **ALSO ORDERED** that a $200 per day fine is to be imposed on Respondents Sergio Macuil, Sr. and Macuil's Tire & Service Center as a result of their actions that are in contempt of this Court's Default Judgment.  Such daily fine is to commence on June 3, 2019, and continue each day thereafter until Respondents Sergio Macuil, Sr. and Macuil's Tire & Service Center purge themselves of contempt by paying the $76,648.32 from the Default Judgment and the $22,085.40 for the continued violations, for a total of $98,733.72.  Respondents shall submit the payment via cashier's check to the U.S. Department of Labor, Wage and Hour Division, 10810 Executive Center Drive, Danville Building, Suite 220, Little Rock, Arkansas 72221.  Proof of payment should also be sent to the Court and to the Solicitor's Office at 525 S. Griffin Street, Suite 501, Dallas, Texas 75202.  Once proof of payment has been submitted, the daily fine will cease but Respondents

are responsible for paying the total amount of fine accrued until that time. The total amount of fine should be submitted to the Court.

To ensure Respondents Sergio Macuil, Sr. and Macuil's Tire & Service Center do not continue in contempt of this Court indefinitely, Respondents are to report to this Court whether or not they have purged themselves of contempt by June 13, 2019. Should Respondents not have purged themselves of contempt by that date, Respondents Sergio Macuil, Sr. and Macuil's Tire & Service Center are to personally appear before this Court located at the Richard Sheppard United States Courthouse, 500 West Capitol Avenue, Courtroom #4-A, Little Rock, Arkansas 72201 at 1:30 p.m., on the 20th day of June, 2019, to determine if any additional actions will be taken by this Court.

**IT IS SO ORDERED** this 4th day of June, 2019.

_____
HONORABLE JAMES M. MOODY, JR.
UNITED STATES DISTRICT COURT JUDGE